| | |
|---|---|
| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number<br>**Steven Earl Smith**<br>Steven Earl Smith, ATTORNEY AT LAW<br>6355 Topanga Canyon Blvd.<br>Suite 416<br>Woodland Hills, CA 91367<br>Phone: **(818) 347-1940**    Fax:    **(818) 347-1930**<br>California State Bar Number:    **140031**<br>*Attorney for:*    Debtors | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re:<br>Sergio Camacho<br>Elisa Trejo de Camacho<br><br>Debtors | CHAPTER **13**<br>CASE NUMBER **LA09-25789AA**<br>DATE: **12/17/2009**<br>TIME: **11:00 a.m.**<br>COURTROOM: **1375** |
|---|---|

**Motion to Value Real Property and to Avoid Lien**

*(Specify name of Motion)*

1. TO    MTGLQ Investors, L.P.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: **12/17/2009**    Time: **11:00 a.m.**    Courtroom: **1375**    Floor: **13th** |
|---|
| ☑ **255 East Temple Street, Los Angeles**        ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills        ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 11/20/09

Steven Earl Smith, ATTORNEY AT LAW
*Law Firm Name*
By: [signature]
Name: **Steven Earl Smith**
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California
Revised December 1998 (COA-SA)                                                                                                    F 9013-1.1

| In re:<br>SERGIO CAMACHO and ELISA TREJO de CAMACHO<br><br>Debtor(s) | CHAPTER 13<br><br>CASE NUMBER LA09-25789AA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6355 Topanga Canyon Blvd., Suite 416, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described NOTICE OF MOTION AND MOTION TO VALUE REAL PROPERTY AND TO AVOID LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 20, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kathy A Dockery    efiling@CH13LA.com
- John D Schlotter    bkmail@mrdefault.com
- Steven Earl Smith    sesmithesq@aol.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Dolores Garcia    dgarcia@portfoliorecovery.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 20, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
MTGLQ Investors, L.P., c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409
MTGLQ Investors, L.P., c/o Les Zieve, Esq., LAW OFFICES OF LES ZIEVE, 18377 Beach Blvd., Suite 210, Huntington Beach, CA 92648
MTGLQ Investors, L.P., Attn: Agt for Svc Of Process, 85 Broad Street, New York, NY 10004

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 20, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Alan Ahart
U.S. BANKRUPTCY COURT

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| November 20, 2009 | Jennifer Fregoso | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                                                          F 9013-3.1